IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LAURA WEATHERS,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br><br>    Defendant | Civil No. 06-1224-BR<br><br><s>PROPOSED</s> ORDER FOR EAJA FEES |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,325.00 and no expenses shall be awarded directly to Plaintiff's attorney, Richard McGinty, pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412; and that no costs shall be awarded pursuant to 28 U.S.C. § 1920.

DATED this 4th day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ David R. Johnson
DAVID R. JOHNSON
Special Assistant United States Attorney
(206) 615-2545
Of Attorneys for Defendant

Page 1    ORDER FOR EAJA FEES - [06-1224-BR]